Affidavit

I, the undersigned, Donald A. Bailey, on this 20th day of July 2015 do
solemnly swear and affirm, under threat of perjury, that I have
provided all of the records of Deborah Rearick previously in my
possession , or known to me, to Andrew W. Barbin Esq.. I make this
affidavit being aware that making false or misleading statements in
criminal, and or, civil proceedings is a violation of law.

*Don Bailey* 7/20/15

*Robert J Gold* 7-20-15

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Robert J. Gold, Notary Public
Susquehanna Twp, Dauphin County
My commission expires July 10, 2019