| Date | Jurisdiction | Docket No. | Description |
|---|---|---|---|
| 10/7/2013 | Middle District of PA | 4:13-cv-02520 | Complaint |
| 7/8/2013 | EEOC | 17F-2012-60331 | Correspondence re Bailey's request for issuance of Notice of Right to Sue |
| 7/8/2013 | 3rd Circuit Court of Appeals | 12-3499 | Bill of Costs |
| 12/20/2013 | Middle District of PA | 4:13-cv-02520 | Motion for Enlargement of Time to File Brief in Opposition to Motion to Dismiss |
| 5/13/2013 | EEOC | 17F-2012-62035 | Letter from Bailey to EEOC requesting Notice of Right to Sue |
| 3/21/2013 | 3rd Circuit Court of Appeals | 12-3499 | Correspondence from Court listing oral argument for 6.11.13 |
| | | | Blank Middle District Forms |
| 7/1/2013 | 3rd Circuit Court of Appeals | 12-3499 | Order & Opinion Affirming District Court Judgment |
| 2/4/2013 | 3rd Circuit Court of Appeals | 12-3499 | Appellees Brief |
| 5/2/2014 | Middle District of PA | 4:13-cv-02520 | Motion for Extension of Time |
| | Middle District of PA | 4:13-cv-02520 | Draft Brief in Opposition to Motion to Dismiss |
| | Middle District of PA | 4:13-cv-02520 | Bailey Motion to Withdraw |
| 4/1/2013 | PHRC | 2012-00853 | Investigative Findings indicating evidence not sufficient to support Rearick claims |
| 5/6/2014 | Middle District of PA | 4:13-cv-02520 | Letter from Bailey to Barbin regarding files |
| 2/12/2014 | | | Email from Bailey to Rearick |
| 6/22/2004 | | | Letter from Andrew Shubin re representation |
| 2/12/2014 | PHRC | 2012-00853 | Letter from Don Bailey Objecting to Horne Subpoena for administrative file |
| | Middle District of PA | 4:11-cv-00624 | Partial Brief in Support of Motion to Dismiss |
| 4/19/2013 | EEOC | 17F-2012-60331 | Letter from Don Bailey to EEOC requesting Notice of Right to Sue |
| 3/21/2013 | PHRC | 2011-02645 | Correspondence indicating that after investigation there is no probable cause for her discrimination allegations |
| 2/13/2014 | Middle District of PA | 4:13-cv-02520 | PSU Reply Brief in Support of Motion to Dismiss |

| Date | Jurisdiction | Docket No. | Description |
|---|---|---|---|
| 3/20/2014 | Middle District of PA | 4:13-cv-02520 | Report and Recommendation of Magistrate Judge Blewitt |
| 12/23/2013 | Middle District of PA | 4:13-cv-02520 | Order Granting Motion for Extension fo Time |
| 12/6/2013 | Middle District of PA | 4:13-cv-02520 | Motion to Dismiss |
| 12/6/2013 | Middle District of PA | 4:13-cv-02520 | Brief in Support of Motion to Dismiss |
| 4/22/2014 | Middle District of PA | 4:13-cv-02520 | PSU Response to Rearick Motion for Extension of Time |
| 2/2/2014 | Middle District of PA | 4:13-cv-02520 | Rearick Brief in Opposition to Motion to Dismiss |
| 4/2/2014 | Middle District of PA | 4:13-cv-02520 | Rearick Motion for Extension of Time to File Objections to the Magistrate Report & Recommendation |
| 6/3/2011 | Middle District of PA | 4:11-cv-00624 | PSU Brief in Support of Motion for Partial Dismissal |
| 8/5/2011 | Middle District of PA | 4:11-cv-00624 | Order Granting Motion for Extension of Time |
| 8/3/2011 | Middle District of PA | 4:11-cv-00624 | Motion for Extension of Time |
| 7/18/2011 | Middle District of PA | 4:11-cv-00624 | Order Granting PSU Motion to Amend Partial Motion to Dismiss |
| 6/17/2011 | Middle District of PA | 4:11-cv-00624 | Rearick Brief in Opposition to Partial Motion to Dismiss |
| 2/25/2010 | Middle District of PA | 08-1195-YK | Rearick Motion for Enlargement of Time to Complete Discovery |
| 9/6/2011 | Middle District of PA | 4:11-cv-00624 | PSU Reply Brief in Support of Amended Motion for Partial Dismissal |
| 11/4/2011 | Middle District of PA | 4:11-cv-00624 | Rearick Motion in Support of Reconsideration |
| 11/4/2011 | Middle District of PA | 4:11-cv-00624 | Rearick Brief in Support of Motion to Reconsider |
| 10/14/2011 | Middle District of PA | 4:11-cv-00624 | Order & Memorandum Granting PSU Amended Motion for Partial Dismissal |
| 11/28/2011 | Middle District of PA | 4:11-cv-00624 | Order & Memorandum Granting Rearick Motion for Reconsideration |

| Date | Jurisdiction | Docket No. | Description |
|---|---|---|---|
| 2/6/2012 | Middle District of PA | 4:11-cv-00624 | Rearick Motion for Leave to File Brief Exceeding Limits Under Local Rule 7.8 |
| 2/26/2012 | Middle District of PA | 4:11-cv-00624 | Rearick Motion for Enlargement of Time |
| 2/20/2012 | Middle District of PA | 4:11-cv-00624 | PSU Brief in Support of Motion to Dismiss 2nd Amended Complaint |
| 10/7/2010 | 3rd Circuit Court of Appeals | 10-3041 | Rearick Appellate Brief in Support of Appeal of May 5, 2010 and June 17, 2010 Orders of Middle District |
| 11/16/2011 | Middle District of PA | 4:11-cv-00624 | PSU Brief in Opposition to Rearick Motion to Reconsider |
| 11/9/2011 | EEOC | 17F-2011-60596 | Dismissal and Notice of Right to File Suit |
| 11/9/2011 | EEOC | 17F-2011-60598 | Dismissal and Notice of Right to File Suit |
| 5/16/2011 | Middle District of PA | 4:11-cv-00624 | Amended Complaint |
| 7/27/2011 | Middle District of PA | 4:11-cv-00624 | PSU Brief in Support of Amended Motion for Partial Dismissal |
| 7/27/2011 | Middle District of PA | 4:11-cv-00624 | PSU Amended Motion for Partial Dismissal |
| 8/25/2011 | Middle District of PA | 4:11-cv-00624 | Rearick Brief in Opposition to PSU Renewed Partial Motion to Dismiss Amended Complaint |