FILED
WILKES BARRE
DEC 2 2 2015

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DEBORAH REARICK,                      :       Case No. 4:13-cv-02520 Per
          Plaintiff,           :                                    MS
                    :
                    :       Judge:  Matthew W. Brann
     vs.                            :       Magistrate Judge Saporito
                    :
THE PENNSYLVANIA STATE                :       Complaint filed:  10/7/2013
UNIVERSITY,                           :
          Defendant.           :

### ORDER

AND NOW, this **22nd** day of **December**_____, 2015, pursuant to

a telephonic status conference conducted on November 25, 2015, with respect to

the matters raised in a letter from counsel for Defendant (Doc.44), **IT IS**

**HEREBY ORDERED THAT** the case management deadlines as extended by the

Order of May 4, 2015 (Doc. 36), are further extended as follows:

1.   Fact Discovery deadline:                          April 1, 2016

2.   Expert Reports:
       Plaintiff's expert reports are due by:       May15, 2016
       Defendant's expert reports are due by:       June 15, 2016
       Supplementations are due by:                 July 1, 2016

3.   Dispositive Motions deadline:                     July 1, 2016

BY THE COURT:

*Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States Magistrate Judge

Dated: **Dec. 22**, 2015