IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEBORAH REARICK,<br>    Plaintiff, | :<br>: CIVIL ACTION: 4:13-cv-02520<br>: |
| v. | : (Judge Brann)<br>: (Magistrate Judge Saporito) |
| THE PENNSYLVANIA STATE<br>UNIVERSITY,<br>    Defendant. | :<br>:<br>: |

FILED
WILKES BARRE
MAR 07 2016
Per_____ms_____

## ORDER

AND NOW, this 7th day of March, 2016, following a hearing conducted on March 4, 2016 and pursuant to this court's order of even date herewith, granting the plaintiff's oral motion to extend the current deadlines, IT IS HEREBY ORDERED THAT the case management deadlines as extended by the Order of December 22, 2015 (Doc. 49), are further extended as follows:

1. Fact Discovery Deadline:                                    July 1, 2016

2. Expert Reports:

    Plaintiff's expert reports are due by:     August 15, 2016

    Defendant's expert reports are due by:  September 15, 2016

    Supplementations are due by:                October 1, 2016

3. Dispositive Motions deadline: October 1, 2016

*Joseph F. Saporito Jr.*
JOSEPH F. SAPORITO, JR.
United States Magistrate Judge

Dated: March 7, 2016