IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEBORAH REARICK, | : |
| | : Case No. 4:13-cv-02520 |
| Plaintiff, | : |
| vs. | : Judge: Matthew W. Brann |
| | : Mag. Judge: Joseph F. Saporito, Jr. |
| THE PENNSYLVANIA STATE | : |
| UNIVERSITY, | : Complaint filed: 10/7/2013 |
| | : |
| Defendant. | : ***Electronically Filed*** |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant, The Pennsylvania State University, by and through its undersigned attorneys, McQuaide Blasko, Inc., hereby moves for the entry of summary judgment pursuant to Federal Rule of Civil Procedure 56 with respect to Plaintiff's Amended Complaint. The grounds for this motion are set forth in detail in the accompanying Statement of Material Facts and Appendix of Exhibits, and will be further set forth in Defendant's initial Brief in Support of Motion for Summary Judgment. Because Plaintiff cannot establish a genuine issue of material fact and because Defendant is entitled to judgment as a matter of law as to each Count of Plaintiff's Amended Complaint, Defendant respectfully requests that summary judgment be granted in its favor as to Plaintiff's Amended Complaint and that Plaintiff's Amended Complaint be dismissed in its entirety.

1

                    Respectfully submitted,

                    McQUAIDE BLASKO, INC.

Dated:  September 30, 2016      By:  s/James M. Horne
                                              James M. Horne
                                              Pa. I.D. 26908
                                              jmhorne@mqblaw.com

                                        By:  s/Philip K. Miles III
                                              Pa. I.D. 209425
                                              pkmiles@mqblaw.com
                                              811 University Drive
                                              State College, PA  16801
                                              (814) 238-4926

                                              Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEBORAH REARICK, | : |
| | : Case No. 4:13-cv-02520 |
| Plaintiff, | : |
| | : Judge:  Matthew W. Brann |
| vs. | : |
| | : Mag. Judge:  Joseph F. Saporito, Jr. |
| THE PENNSYLVANIA STATE | : |
| UNIVERSITY, | : Complaint filed:  10/7/2013 |
| | : |
| Defendant. | : |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Defendant's Motion for Summary Judgment in the above-captioned matter was served via U.S. Mail this 30th day of September, 2016, to the attorneys/parties of record as follows:

Deborah Rearick, *pro se*
3796 Powells Road
Petersburg, PA  16669
(814) 667-2167

                            McQUAIDE BLASKO, INC.

                            By:  s/James M. Horne
                                  James M. Horne, Esquire
                                  I.D. No. 26908
                            By:  s/Philip K. Miles III
                                  Pa. I.D. 209425
                                  811 University Drive
                                  State College, PA 16801
                                  (814) 238-4926

                            Attorneys for Defendant