## Rearick, Deborah

| | |
|---|---|
| **From:** | Rearick, Deborah |
| **Sent:** | Thursday, September 29, 2016 1:06 PM |
| **To:** | 'magistrate_judge_saporito@pamd.uscourts.gov' |
| **Subject:** | case 4:13-cv-02520 |

FILED
WILKES BARRE

OCT 05 2016

Per __M S__

Your Honorable Saporito,

I would like to ask that my civil case be dismissed without prejudice.

Before our hearing on March 7, 2016 and since that hearing, I have tired numerous lawyers but was not been able to retain a lawyer and do not have the monetary means to continue in this case even though I was hoping to be able to do so. As you will recall, when we were before the courts in March of 2016, I asked for a stay and Mr. Horne objected. As also noted, I have stated before your honor that I had no legal knowledge and as both previous attorneys were well aware. I have no knowledge of how to file the proper legal papers nor do what is required to even preserve and present my case in a civil court trial as I was asking for. Since Mr. Barbin was **well** aware of my financial status before taking this case and since I was foolish enough to sign an agreement with Mr. Barbin due to time restraints, this was another of our 'irreconcilable' differences—what was represented orally vs. what is in the written agreement. However, since I wanted to have my day in court and was totally under the impression that prior counsel was not opposed to this, I signed the agreement. Thus, I once again am left without any **competent** legal counsel—as I am totally telling you that I am not competent legal counsel for myself in the forced pro se status due to my lack of legal knowledge.

One other factor that I will also state that on April 3 of this year, we had a barn fire at our home and lost our barn and animals. Due to that fire and the added stress of knowing that I would lose the case just as Mr. Barbin told me that I would, I got a very bad lung infection and was on Medical leave and unable to do anything.

There is only one thing that I would like to ask if you are able to answer was the issue of sanctions against Mr. Bailey at the beginning of this case. I know that Mr. Barbin had asked for them, but were those sanctions paid directly to Mr. Barbin or were none given? I would appreciate if you would answer if you can.

I do feel that you would have been a fair and objective judge as you were very fair the day that we had our hearing. I truly am sadden that I will not be able to have my day in court as I had hoped for due to my lack of legal knowledge. However, there is no doubt in my mind that the Greatest Judge of the Universe make all matters right. Thank you for your time and patience.

Deborah Rearick
Phone- (814) 667-2167

*Deborah Rearick*

"If you are neutral in the situations of injustice,
you have chosen the side of the oppressor."—Desmond Tutu

"Whoever remains silent is an accomplice.
Whoever forgets is doomed." -- Unknown